UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BUREK, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: |
| | ) 8:23-cv-00381-SDM-AEP |
| AMGUARD INSURANCE COMPANY, | ) |
| Defendant | ) |

**CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE
STATEMENT BY DEFENDANT AMGUARD INSURANCE COMPANY**

Defendant AmGUARD Insurance Company hereby discloses the following information pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. *the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:*

   a. **Burek, Inc.** d/b/a Pinch A Penny a/k/a South Tampa Pool Supplies & Services – Plaintiff.

   b. John L. Burek, Jr. – Director of Burek, Inc.

   c. Cathey & Miles, P.A. – Law firm for Plaintiff Burek, Inc.

   d. Brandon Cathey, Esq., Cathey & Miles, P.A. – Counsel for Plaintiff Burek, Inc.

e. Stephanie Miles, Esq., Cathey & Miles, P.A. – Counsel for Plaintiff Burek, Inc.

f. SLATER GRANT PLLC – Law firm for Plaintiff Burek, Inc.

g. J. Scott Slater, Slater Grant PLLC – Counsel for Plaintiff Burek, Inc.

h. TOPKIN, PARTLOW & STERN, P.L. – Law firm for Burek, Inc. d/b/a Pinch A Penny d/b/a South Tampa Pool Supplies & Services, John L. Burek, Jr. and Pauline A. Burek in the underlying wrongful-death action.

i. Martin Stern, Esq., Topkin, Partlow & Stern, P.L. – Counsel for Burek, Inc. d/b/a Pinch A Penny d/b/a South Tampa Pool Supplies & Services, John L. Burek, Jr. and Pauline A. Burek in the underlying wrongful-death action.

j. GALLOWAY, JOHNSON, TOPKINS, BURR & SMITH, PLC – Law firm for Burek, Inc. d/b/a Pinch A Penny a/k/a South Tampa Pool Supplies & Services, John L. Burek, Jr. and Pauline A. Burek in the underlying wrongful-death action.

k. Fotini Z. Manolakos, Esq., Galloway, Johnson, Topkins, Burr & Smith, PLC – Counsel for Burek, Inc. d/b/a Pinch A Penny a/k/a South Tampa Pool Supplies & Services, John L. Burek, Jr. and Pauline A. Burek in the underlying wrongful-death action.

l. Autumn George, Esq., Galloway, Johnson, Topkins, Burr & Smith, PLC – Counsel for Burek, Inc. d/b/a Pinch A Penny a/k/a South Tampa Pool Supplies & Services, John L. Burek, Jr. and Pauline A. Burek in the underlying wrongful-death action.

m. HINSHAW & CULBERTSON, LLP – Law firm for Pauline A. Burek and John L. Burek Jr. in the underlying wrongful-death action.

n. **AmGUARD Insurance Company** – Defendant. AmGUARD, a Pennsylvania corporation, is a wholly-owned subsidiary of WestGUARD Insurance Company.

o. WestGUARD Insurance Company, a Pennsylvania corporation, is a wholly-owned subsidiary of National Indemnity Company.

p.  National Indemnity Company, a Nebraska corporation, is a wholly-owned subsidiary of Berkshire Hathaway Inc.

q.  Berkshire Hathaway Inc., a Delaware corporation, has no parent company, and no publicly traded company owns more than 10% of Berkshire Hathaway Inc.'s stock.

r.  LOCKE LORD LLP – Law firm for Defendant AmGUARD Ins. Co.

s.  Dale A. Evans Jr., Locke Lord LLP – Counsel for Defendant AmGUARD Ins. Co.

t.  Susan A. Kidwell, Locke Lord LLP – Counsel for Defendant AmGUARD Ins. Co.

u.  **The Estate of George William Gage, III, by and through Susan L. Gage, as Personal Representative** – Plaintiff in the underlying wrongful-death action; Defendant and Counter / Cross-Plaintiff in the Hartford declaratory-judgment action.

v.  WILKES & ASSOCIATES, P.A. – Law firm for the Estate of George Williams Gage, III.

w.  Michael Beck, Esq., Wilkes & Associates, P.A. – Counsel for the Estate of George Williams Gage, III.

x.  Bennie Lazzara, Jr., Esq., Wilkes & Associates, P.A. – Counsel for the Estate of George Williams Gage, III.

y.  Joseph Ficarrotta, Esq., Wilkes & Associates, P.A. – Counsel for the Estate of George Williams Gage, III.

z.  SWOPE RODANTE, P.A. – Law firm for the Estate of George Williams Gage, III.

aa.  Dale Swope, Esq., Swope Rodante, P.A. – Counsel for the Estate of George Williams Gage, III.

bb.  Angela Rodante, Esq., Swope Rodante, P.A. – Counsel for the Estate of George Williams Gage, III.

cc. Daniel Greene, Esq., Swope Rodante, P.A. – Counsel for the Estate of George Williams Gage, III.

dd. **Benjamin Douglas Ehas** – Defendant in the underlying wrongful-death action.

ee. MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP – Law firm for Benjamin Douglas Ehas in the underlying wrongful-death action.

ff. David Cook, Esq., Mintzer Sarowitz Zeris Ledva & Meyers, LLP – Counsel for Benjamin Douglas Ehas in the underlying wrongful-death action.

gg. MCCUMBER, DANIELS, BUNTZ, HARTIG, PUIG & ROSS, P.A. – Law firm for Benjamin Douglas Ehas in underlying wrongful-death action.

hh. Kenneth A. Puig, Esq., McCumber, Daniels, Buntz, Hartig, Puig & Ross, P.A. – Counsel for Benjamin Douglas Ehas in underlying wrongful-death action.

ii. Mark B. Hartig, Esq., McCumber, Daniels, Buntz, Hartig, Puig & Ross, P.A. – Counsel for Benjamin Douglas Ehas in underlying wrongful-death action.

jj. SHENDELL & POLLOCK, PL – Law firm for Benjamin Douglas Ehas in underlying wrongful-death action.

kk. **Pinch A Penny a/k/a South Tampa Pool Supplies & Services** – Defendant in the underlying wrongful-death action.

ll. BANKER LOPEZ GASSLER, P.A. – Law firm for Pinch A Penny, The Cepcot Corporation, Porpoise Pool & Patio, and John C. Thomas in the underlying wrongful-death action.

mm. Trevor Rhodes, Esq., Banker Lopez Gassler, P.A. – Counsel for Pinch A Penny, The Cepcot Corporation, Porpoise Pool & Patio, and John C. Thomas in the underlying wrongful-death action.

nn. Benjamin G. Lopez, Esq., Banker Lopez Gassler, P.A. – Counsel for Pinch A Penny, The Cepcot Corporation, Porpoise Pool & Patio, and John C. Thomas in the underlying wrongful-death action

oo.    LEWIS BRISBOIS BISGAARD & SMITH LLP – Law firm for Pinch A Penny a/k/a South Tampa Pool Supplies & Services The Cepcot Corporation, Porpoise Pool & Patio and John C. Thomas in the underlying wrongful-death action.

pp.    Todd Ehrenreich, Esq., Lewis Brisbois Bisgaard & Smith LLP – Counsel for Pinch A Penny a/k/a South Tampa Pool Supplies & Services The Cepcot Corporation, Porpoise Pool & Patio and John C. Thomas in the underlying wrongful-death action.

qq.    **Hartford Casualty Insurance Company** – Plaintiff in the Hartford declaratory-judgment action. Hartford Casualty Insurance Company, an Indiana corporation, is wholly owned by Hartford Accident and Indemnity Company.

rr.    Hartford Accident and Indemnity Company, a Connecticut corporation, is wholly owned by Hartford Fire Insurance Company.

ss.    Hartford Fire Insurance Company, a Connecticut corporation, is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc.

tt.    The Hartford Financial Services Group, Inc., a Delaware corporation, is a publicly traded corporation that has no parent corporation.

uu.    COFFEY BURLINGTON, P.L. – Law firm for Hartford Casualty Insurance Company.

vv.    Kendall Coffey, Esq. – Counsel for Hartford Casualty Insurance Company

ww.    Jared W. Whaley, Esq.– Counsel for Hartford Casualty Insurance Company

2.    *the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:*

     None currently known to AmGUARD.

3.    *the name of every other entity which is likely to be an active participate in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases*

None currently known to AmGUARD.

4. *the name of each victim (individual or corporate) of civil and criminal misconduct alleged to be wrongful, including every person who may be entitled to restitution:*

None currently known to AmGUARD.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 13, 2023						Respectfully submitted,

By  /s/ Dale A. Evans Jr.
Dale A. Evans Jr.
Florida Bar No. 98496
LOCKE LORD LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL  33401
Telephone:  (561) 833-7700
Facsimile:   (561) 655-8719
dale.evans@lockelord.com

*Counsel for Defendant AmGUARD Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Stephanie Miles
Brandon Cathey
**CATHEY & MILES, P.A.**
76 4th Street N, #2005
St. Petersburg, FL 33731
lit@catheymiles.com

*Counsel for Plaintiff Burek, Inc.*

J. Scott Slater
**SLATER GRANT PLLC**
14502 N. Dale Mabry Hwy, Suite 104
Tampa, FL 33618
sslater@slatergrant.com

*Counsel for Plaintiff Burek, Inc.*

/s/ Dale A. Evans Jr.
Dale A. Evans Jr.
Florida Bar No.: 98496