UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BUREK, INC.

    Plaintiff,

vs.                                      CASE NO: 8:23-cv-0381-KKM-AEP

AMGUARD INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF APPEAL

    Burek, Inc. hereby appeals to the United States Court of Appeals for the Eleventh Circuit from *Judgment in a Civil Case* (Dkt. 28) entered on May 19, 2023.

### Certificate of Service

    I hereby certify that on May 26, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

    */s/Brandon Cathey*
**Brandon Cathey**
Fla. Bar No. 941891
**Stephanie Miles**
Fla. Bar No. 15516
CATHEY & MILES, P.A.
76 4th Street N #2005
St. Petersburg, FL 33731
(727) 308-2222
Lit@CatheyMiles.com
**J. Scott Slater**
Fla. Bar No. 869171
SLATER GRANT PLLC
14502 N. Dale Mabry Hwy Suite 104
Tampa, FL 33618

(813) 995-6444
SSlater@SlaterGrant.com

2