# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 15, 2023

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 23-11831-J
Case Style: Burek, Inc. v. AmGuard Insurance Company
District Court Docket No: 8:23-cv-00381-KKM-AEP

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:       404-335-6100     Attorney Admissions:           404-335-6122
Case Administration:       404-335-6135     Capital Cases:                 404-335-6200
CM/ECF Help Desk:          404-335-6125     Cases Set for Oral Argument:   404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-11831-J

_____

BUREK, INC.,

                                              Plaintiff - Appellant,

versus

AMGUARD INSURANCE COMPANY,

                                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: [10025164-2].; ORDER: Motion to voluntarily dismiss appeal filed by Appellant Burek, Inc. is GRANTED by clerk [10024713-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date--.

Effective September 15, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION